D. Aaron Brock (CA SBN 241919)
ab@brockgonzales.com
Christopher P. Brandes (CA SBN 282801)
cb@brockgonzales.com
Lindsay L. Bowden (CA SBN 318685)
lb@brockgonzales.com
BROCK & GONZALES, LLP
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Telephone: (310) 294-9595
Facsimile: (310) 961-3673

Attorneys for Plaintiff
DANIEL VAN DER WYK


Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: 415/490-9000
Facsimile: 415/490-9001

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VAN DER WYK, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>WALMART, INC., an Arkansas corporation; and DOES 1 - 50, inclusive,<br><br>            Defendants. | CASE NO. 2:19-CV-0244-JAM-AC<br><br>*[Removed from El Dorado County Superior Court, Case No. PC 20180613]*<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER** |

///

///

///

---

JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] ORDER   1

**JOINT STIPULATION**

Plaintiff DANIEL VAN DER WYK ("Plaintiff") and Defendant WALMART INC. ("Defendant"), (collectively referred to as "the Parties"), through counsel, hereby enter into the following Stipulation and request the Court to extend certain pretrial discovery deadlines, pursuant to the applicable Local Rules:

1. **WHEREAS**, Plaintiff filed his Complaint in the Superior Court for the State of California, County of Dorado on December 20, 2018;

2. **WHEREAS**, Defendant timely filed and served an Answer to Plaintiff's Complaint in the El Dorado County Superior Court on February 6, 2019;

3. **WHEREAS**, on February 6, 2019, Defendant timely removed this action to the above- captioned Court;

4. **WHEREAS**, on March 27, 2019, this Court issued a Scheduling Order which ordered, inter alia, the following dates:

| Event | Deadline |
| --- | --- |
| Expert Witness Disclosures | November 22, 2019 |
| Supplemental Expert and Rebuttal Expert Disclosure | December 6, 2019 |
| Discovery Cut-Off | January 24, 2020 |
| Deadline to File Dispositive Motions | February 25, 2020 |
| Hearing on Dispositive Motions | March 24, 2020 at 1:30p.m. |
| Final Pretrial conference | May 8, 2020 at 11:00a.m. |
| Trial | June 15, 2020 at 9:00a.m. |

5. **WHEREAS**, the Parties have diligently engaged in initial discovery. However, due to the unavailability of the witnesses, including Plaintiff, the Parties have been unable to complete the depositions of key witnesses and decision makers.

6. **WHEREAS**, the Parties have also engaged in written discovery, but anticipate limited additional discovery.

7. **WHEREAS**, the Parties need additional time to ensure that sufficient discovery is completed in advance of trial.

8. **WHEREAS**, the Parties are only seeking to modify the Scheduling Order with respect to the following dates:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosures | November 22, 2019 | January 24, 2020 |
| Supplemental Expert and Rebuttal Expert Disclosure | December 6, 2019 | February 7, 2020 |
| Discovery Cut-Off | January 24, 2020 | February 21, 2020 |

9. **WHEREAS**, good cause exists to modify the Scheduling Order because further litigation may be unnecessary if the parties are able to complete necessary discovery and resolve the matter.

10. **WHEREAS**, the parties have not requested any prior modification to the Pretrial Scheduling Order and any successful efforts to resolve the case may result in freeing up the Court's calendar.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, **AGREE AND HEREBY STIPULATE** that good cause exists to modify the Scheduling Order and seek an order from this Court permitting the following:

a. The deadline for expert witness disclosures is moved from November 22, 2019 to January 24, 2020;

b. The deadline for supplemental and rebuttal expert disclosure is moved from December 6, 2019 to February 7, 2020;

c. Discovery cut-off is moved from January 24, 2020 to February 21, 2020.

**IT IS SO STIPULATED.**

*///*

*///*

DATED: January_7_, 2020                    BROCK & GONZALEZ LLP

                                           By: /s/ Lindsay L. Bowden
                                               D. Aaron Brock
                                               Christopher P. Brandes
                                               Lindsay L. Bowden
                                               Attorneys for Plaintiff
                                               DANIEL VAN DER WYK

DATED: January_7_, 2020                    FISHER & PHILLIPS LLP

                                           By: /s/ Juan C. Araneda
                                               Jason A. Geller
                                               Juan C. Araneda
                                               Attorneys for Defendant
                                               WALMART INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/7/2020                            /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE