**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318952
lb@brockgonzales.com

**Attorneys for Plaintiff**
DANIEL VAN DER WYK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VAN DER WYK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., an Arkansas Corporation; and<br>DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00244-JAM-AC<br>Judge: Hon. John A. Mendez<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

1

## ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
The Honorable John A. Mendez
United States District Court Judge